PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** Karen DiGregorio **Case Number:** 1:04CR00068-02ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** October 15, 2004

**Original Offense:** Conspiracy to Steal Postage Stamps

**Original Sentence:** 5 months incarceration, 3 years supervised release with the special condition that the defendant participate in a residential substance abuse program immediately upon release from incarceration, outpatient substance abuse treatment. Special Assessment $100; Restitution $10,229.00.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** November 4, 2004

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a program of mental health treatment approved by the Probation Office.**

### CAUSE

Ms. DiGregorio was released from the Adult Correctional Institution on November 4, 2004, and admitted to Gosnold residential substance abuse treatment program on the same date. Ms. DiGregorio was successfully discharged from the program on February 11, 2005. Since that time, Ms. DiGregorio has tested positive for either morphine or cocaine on five occasions. She has commenced methadone maintenance treatment and for the past two months has attended all required treatment sessions. On July 7, 2005, this office notified Ms.DiGregorio's counselor at the methadone clinic of her most recent positive screen. As such, she will be required to attend weekly counseling at their facility.

Ms. DiGregorio advised that she has been prescribed Prozac and Seroquel for depression by her primary care physician; however, she has not had the opportunity to receive mental health counseling. She describes feeling isolated and tearful on frequent occasions. Additionally, she readily admits that due to her isolation, she will associate with anyone that contacts her despite the fact that they may have a negative influence upon her. As such, this office has referred her to the Community Counseling Center, Pawtucket Rhode Island, for psychotherapy.

On July 6, 2005, Ms. DiGregorio executed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release and agreed to the above-stated modification to the conditions of her supervised release.

PROB 12B
(12/00)

**Reviewed and Approved by:**

Kurt E. O'Sullivan
**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 7/7/05

**Respectfully Submitted by:**

Kathleen M. Hopkins
**Kathleen M. Hopkins**
**U.S. Probation Officer**

Date: 7/7/05

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Mary M. Lisi
Honorable Mary M. Lisi
U.S. District Judge

July 8, 2005
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of mental health treatment approved by the Probation Office.

Witness: Kathleen M. Hopkins Signed: Karen DiGregorio

7-6-05
Date